# **EXHIBIT A**

Federal Trademark Registration

Int. Cl.: **37**

Prior U.S. Cls.: **100, 103 and 106**

**United States Patent and Trademark Office**

Reg. No. **3,302,159**
Registered **Oct. 2, 2007**

## SERVICE MARK
### PRINCIPAL REGISTER

# WE FIX UGLY POOLS

U.S. POOL CONSTRUCTION, INC. (ARIZONA CORPORATION)
2509 NORTH 7TH STREET
PHOENIX, AZ 85006

FOR: RENOVATION AND REPAIR SERVICES IN THE FIELD OF SWIMMING POOLS, SPAS, AND TUBS, IN CLASS 37 (U.S. CLS. 100, 103 AND 106).

FIRST USE 6-1-2003; IN COMMERCE 6-1-2003.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 78-879,237, FILED 5-8-2006.

DEIRDRE ROBERTSON, EXAMINING ATTORNEY