# EXHIBIT B

Settlement Agreement and Trademark Assignment

# SETTLEMENT AGREEMENT

This Settlement Agreement ("Settlement Agreement") is entered into between

(1) Ugly Pools USA, Inc. ("We Fix Ugly Pools"), a Delaware corporation, and

(2) We Fix Ugly Houses, LLC, an Arizona limited liability company; We Fix Ugly Houses of Arizona LLC, an Arizona limited liability company; and Kevin Brogan, the sole member of We Fix Ugly Houses, LLC and We Fix Ugly Houses of Arizona LLC (collectively "We Fix Ugly Houses").

## Background

We Fix Ugly Pools is currently the plaintiff in a federal trademark lawsuit against We Fix Ugly Houses in the United States District Court for the District of Arizona, No. 18-CV-2853-PHX-SRB (the "Lawsuit").

We Fix Ugly Pools is the owner of the federal registered trademark WE FIX UGLY POOLS for pool renovation, repairs, and remodeling services. We Fix Ugly Pools is also the owner of the common law trademark WE FIX UGLY POOLS for, *inter alia*, constructing, renovating, and repairing swimming pools, spas, tubs, patio covers, fountains, waterfalls, outdoors kitchens, living spaces, and other outdoor structures.

We Fix Ugly Houses currently uses WE FIX UGLY HOUSES in connection with its business of house renovation and remodeling services. We Fix Ugly Pools claims these uses infringe on We Fix Ugly Pools' trademark rights in WE FIX UGLY POOLS.

## We Fix Ugly Houses' Obligations

We Fix Ugly Houses, on behalf of itself and its representatives, affiliates, franchises, successors, agents, attorneys, assignees, and any other person or entity acting on its behalf, agrees as follows:

1. Within 30 days of execution of this settlement agreement, We Fix Ugly Houses shall discontinue all trademark and non-trademark use of WE FIX UGLY HOUSES, and any variation of WE FIX UGLY HOUSES that is confusingly similar to WE FIX UGLY POOLS (e.g., any slogan containing the word "ugly"). We Fix Ugly Pools does not object to We Fix Ugly Houses using the name We Can Fix It Remodeling.

2. Within 30 days of execution of this settlement agreement, We Fix Ugly Houses shall transfer the Internet domain www.wefixuglyhousesaz.com to We Fix Ugly Pools.

3. We Fix Ugly Houses hereby assigns to We Fix Ugly Pools all rights We Fix Ugly Houses may have in the marks WE FIX UGLY HOUSES. A separate formal assignment accompanies this Settlement Agreement.

DocuSign Envelope ID: A3FA31A3-89EF-4674-A387-3DFFF4818FC8

Upon full execution of this Settlement Agreement and the assignment, We Fix Ugly Pools will dismiss the Lawsuit.

**Miscellaneous Provisions**

1. In the event that We Fix Ugly Pools or We Fix Ugly Houses brings suit to enforce this Settlement Agreement, the prevailing party shall be entitled to an award of its attorneys' fees expended in enforcing its rights under the Settlement Agreement.

2. This Settlement Agreement may be modified only by the mutual written consent of all parties.

3. Failure of We Fix Ugly Houses to perform its obligations under this Settlement Agreement shall constitute liquidated damages of $50,000 and subject We Fix Ugly Houses to injunctive relief.

4. No waiver of any breach of this Settlement Agreement shall be binding unless in writing and signed by the party waiving the breach.

5. This Settlement Agreement shall be construed in a fair and objective manner, and not strictly for or against any party.

6. This Settlement Agreement shall be binding upon, and inure to the benefit of, the affiliates, successors and assigns of the parties herein.

7. This Settlement Agreement may be executed in counterparts, which when taken together shall constitute a single fully-executed Settlement Agreement.

On behalf of Ugly Pools USA, Inc.:

_[signature]_ Date: 10/11/2018
Brian Morris, President and CEO

On behalf of We Fix Ugly Houses of Arizona LLC:

_[signature]_ Date: Oct 11 2018
Kevin Brogan, Member

On behalf of We Fix Ugly Houses, LLC

_[signature]_ Date: Oct 11 2018
Kevin Brogan, Member

On behalf of the individual Kevin Brogan:

_[signature]_ Date: Oct 11 2018
Kevin Brogan

2

DocuSign Envelope ID: A3FA31A3-89EF-4674-A387-3DFFF4818FC8

# TRADEMARK ASSIGNMENT FROM WE FIX UGLY HOUSES TO UGLY POOLS USA, INC.

This Assignment and Relinquishment ("Assignment and Relinquishment") is made effective as of October 8, 2018 from

(1) We Fix Ugly Houses, LLC, an Arizona limited liability company; We Fix Ugly Houses of Arizona LLC, an Arizona limited liability company; and Kevin Brogan, the sole member of We Fix Ugly Houses, LLC and We Fix Ugly Houses of Arizona LLC (collectively "Assignors")

to

(2) Ugly Pools USA, Inc., a Delaware corporation ("Assignee").

**CONVEYANCE OF RIGHTS IN MARK**

Assignee is the owner of the common law mark WE FIX UGLY POOLS and federal registered trademark WE FIX UGLY POOLS.

Assignors are currently advertising with the mark WE FIX UGLY HOUSES (the "Mark").

Now, therefore, in exchange for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Assignors hereby convey, transfer, assign, deliver, and contribute to Assignee all of Assignors' right, title, and interest of whatever kind in the Mark.

Assignors further warrant and covenant that Assignors will not use the Mark or any similar name in connection with Assignors' business.

Assignors further covenants that they will execute all documents, papers, forms and authorizations and take all other actions that may be necessary for securing, completing, or vesting in Assignee full right, title, and interest in the Mark.

On behalf of We Fix Ugly Houses of Arizona LLC:

_____ Date: Oct 11 2018
Kevin Brogan, Member

On behalf of We Fix Ugly Houses, LLC

_____ Date: Oct 11 2018
Kevin Brogan, Member

On behalf of the individual Kevin Brogan:

_____ Date: Oct 11 2018
Kevin Brogan