# EXHIBIT C

Examples of Defendants' Current Use
of WE FIX UGLY HOUSES and logo

Google

phoenix we fix ugly houses

Sign in

All · News · Maps · Shopping · Videos · More · Settings · Tools

About 6,810,000 results (0.58 seconds)

### We Fix Ugly Houses: Kitchen Remodeling Phoenix AZ | Bathroom ...
www.wefixuglyhousesaz.com/
**We Fix Ugly Houses** in **Phoenix** Arizona Specializes in Kitchen and Bathroom Remodeling. For your new home remodeling project in **Phoenix** AZ contact the ...
Testimonials · Contact Us · Free Estimate · Services

### We Can Fix It Remodeling - 34 Photos & 19 Reviews - Contractors ...
https://www.yelp.com/biz/we-can-fix-it-remodeling-phoenix
Rating: 4.5 - 19 reviews
19 reviews of **We** Can **Fix** It Remodeling "Thank **you** Tiffany and Maria for all of the great recommendations for our kitchen remodel. **I** love the outcome and ...

### We fix Ugly Houses - Home | Facebook
https://www.facebook.com › Places › Phoenix, Arizona › Contractor
Rating: 4.8 - 37 votes
**We fix Ugly Houses** - 2722 East Bell Road, **Phoenix**, Arizona 85032 - Rated 4.8 based on 37 Reviews "Awesome experience. We refaced our cabinet boxes in ...

### We Can Fix It Remodeling | Better Business Bureau® Profile
https://www.bbb.org/us/az/phoenix/.../we-can-fix-it-remodeling-1126-1000047654
Remodel Contractors in **Phoenix**, AZ. See BBB rating ... (602) 992-1511 · 2722 E Bell Rd, **Phoenix**, AZ 85032-2418 ... **We Fix Ugly Houses** of Arizona, LLC ...

### We Can Fix It Remodeling | Reviews | Better Business Bureau® Profile
https://www.bbb.org/us/az/phoenix/profile/remodel.../we-can-fix.../customer-reviews
My wife and I had some patio work done by **We Fix Ugly Houses** and we are very happy with the results. The people were very professional and the service was ...

### We Fix Ugly Houses.com. Handyman - Phoenix, AZ. Projects, photos ...
https://porch.com › Phoenix Handymen
See past project info for **We Fix Ugly Houses**.com including photos, cost and more. **Phoenix**, AZ - Handyman.

### We Fix Ugly Houses. Remodeling Contractor - Phoenix, AZ. Projects ...
https://porch.com › Phoenix Remodeling Contractors
See past project info for **We Fix Ugly Houses** including photos, cost and more. **Phoenix**, AZ - Remodeling Contractor.

### We Fix Ugly Houses | Phoenix AZ | Read Reviews + Get a Bid ...
https://www.buildzoom.com › Search › Phoenix › Best General Contractors in Phoenix
**We Fix Ugly Houses**, LLC, 18220 N 68th St, **Phoenix**, AZ (Employee: Kevin Bernard Brogan) holds a General Residential license according to the Arizona ...

### We Fix Ugly Houses Com Phoenix AZ, 85027 – Manta.com
https://www.manta.com › ... › Passenger Car Rental › Automobile Renting and Leasing
Get information, directions, products, services, phone numbers, and reviews on **We Fix Ugly Houses** Com in **Phoenix**, AZ. Discover more Passenger Car Rental ...

### We Fix Ugly Houses - Phoenix, 85032-2418, AZ - USplaces
usplaces.com › AZ › Maricopa › Phoenix
Information about **We Fix Ugly Houses** located in **Phoenix** 85032-2418, AZ.

### Top House Repair Phoenix Area | Call Response Crew Today
Ad www.responsecrew.com/House_Repairs (480) 525-9825
Why call multiple companies for **house** repairs? Response Crew does it all for you. Rated 5 Stars.
Ceiling Fan Installation · Faucet Repair or Install · Drywall Install & Repair

### We Buy Houses | Any Condition | PHX & HOU
Ad www.willbuysazhouses.com/
Get My Cash Offer Today! Steps: Fill Out The Form Above, **We** Call You To See The **House**, **We** Make You A Cash Offer.
About Us · Contact Us · Procedural Information · Sell A Home · Services Available

### Buy Ugly Houses | Search Buy Ugly Houses
Ad www.zapmeta.com/Buy+Ugly+Houses/Phoenix
**Phoenix**? Search For Relevant Info & Results. Get Results from 6 Engines. Web, Images & Video. Wiki, News & More. Trusted by Millions. 100+ Million Visitors. Information 24/7.

### Searches related to phoenix we fix ugly houses

we fix ugly houses **tucson** · we fix ugly houses **arizona**
we fix ugly houses **bbb** · we fix ugly houses **phoenix, az 85032**
we fix ugly **pools**

## We Fix Ugly Houses

Website · Directions · Save

4.7 36 Google reviews
Contractor in Phoenix, Arizona

**Address:** 2722 E Bell Rd, Phoenix, AZ 85032
**Hours: Open** · Closes 5PM
**Phone:** (602) 992-1511

Suggest an edit

### Questions & answers
Be the first to ask a question
Ask a question

### Reviews from the web
4.8/5 Facebook · 37 votes

### Reviews
Write a review · Add a photo

L "We have hired them to do my mothers **bathroom remodel** as well"

"I wish I could give a review on their **service work**/ **products** however, I cannot."

D "Alex came out originally and gave me a great **price**."

View all Google reviews

### From We Fix Ugly Houses
"We Fix Ugly Houses is the remodeling contractor to call in Phoenix, AZ. Our owner has 20 years of home remodeling experience. His team can remodel your home from top to bottom and from the inside out. We offer kitchen, bathroom and exterior...More

*Feedback*







Email or Phone
Password
Log In
Forgot account?

# We fix Ugly Houses

**@remodelingaz**

- **Home**
- Services
- Reviews
- Photos
- Posts
- About
- Community
- Info and Ads

Create a Page

Like | Share | Call Now | Send Message

## Services

### Kitchen Remodels

We can take small, outdated kitchens and transform them with new fl...

### Bathroom Remodels

You shouldn't have to hire three different contractors to complete yo...

### Windows and Doors

Replacing your windows and doors is one way to enhance your curb ...

See All

## Recommendations and Reviews

Recommended by 9 people

They did a great job and on time. Left work site clean

January 16

We were very happy with the overall project. Our sales partners John an d Sylvia - excellent, Lena t... See More

January 27

Awesome experience. We refaced our cabinet boxes in the kitchen and both bathrooms and replaced door... See More

July 16, 2018

See All

Search for posts on this Page

**We fix Ugly Houses**
Kitchen & Bath Contractor in Phoenix, Arizona

4.8

Open Now

ABOUT WE FIX UGLY HOUSES

## About Us

BRING YOUR HOME INTO THE CURRENT DECADE

CHOOSE A TRUSTED REMODELING CONTRACTOR IN PHOENIX, AZ

Your hom...

See More

## Community

See All

107 people like this

112 people follow this

## About

See All

2722 East Bell Road (1,598.79 mi)
Phoenix, Arizona 85032

Get Directions

(602) 992-1511

## See more of We fix Ugly Houses on Facebook

Log In or Create New Account

See All

**Posts**

**We fix Ugly Houses** added a new photo.
September 24, 2018 ·

Like Comment

Jesus Rolando Chacón, John Nearhouse and 2 others like this.

**We fix Ugly Houses** added 2 new photos.
September 24, 2018 ·

**People**

**107** likes

**Related Pages**

**Made by Barbara**
Artist

**Bravo Resurfacing**
Home Improvement

**Blackhawk Floors, Inc.**
Contractor

**Hydroscapes**
Swimming Pool & Hot Tub Service

**Bath Fitter (Vancouver, British C...**
Contractor

See More

**Pages Liked by This Page**

**Phoenix, Arizona**

**HGTV**

**FOX 10 Phoenix**

**ABC15 Arizona**

**Houzz**

**Places** **Phoenix, Arizona** **Home Improvement** **Contractor** **We fix Ugly Houses**

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2019

**See more of We fix Ugly Houses on Facebook**

Log In or Create New Account

Comment

e this.

See more of **We fix Ugly Houses** on Facebook

Log In    or    Create New Account