IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ugly Pools USA Incorporated, | No. CV-19-01290-PHX-ESW |
| Plaintiff, | **ORDER** |
| v. | |
| We Can Fix It Remodeling LLC, et al., | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Default Judgment. (Doc. 24.) The matter was referred to Magistrate Judge Eileen S. Willett for a Report and Recommendation. (Doc. 25.) On November 7, 2019, Magistrate Judge Willett filed a Report and Recommendation with this Court, recommending the Court grant Plaintiff's Motion for Default Judgment and enter an order permanently enjoining Defendants from using "We Fix Ugly Pools," "We Fix Ugly Houses," or any variation or combination of "We Fix Ugly" as a corporate name, company name, trade name, trademark, or service mark. (Id.) To date, no objections have been filed.

I.    STANDARD OF REVIEW

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1)(C); see Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991). Parties have fourteen days from the service of a copy of the magistrate's recommendation within which to file specific written objections to the Court. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 6, 72. Failure to object

to a magistrate's recommendation relieves the Court of conducting *de novo* review of the magistrate's factual findings and waives all objections to those findings on appeal. See Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998). A failure to object to a magistrate's conclusion "is a factor to be weighed in considering the propriety of finding waiver of an issue on appeal." Id.

**II.    DISCUSSION**

Having reviewed the Report and Recommendation of Magistrate Judge Willett, and no objections having been made by any party thereto, the Court hereby incorporates and adopts Magistrate Judge Willett's Report and Recommendation.

**III.    CONCLUSION**

Accordingly, for the reasons set forth,

**IT IS HEREBY ORDERED** adopting the Report and Recommendation of Magistrate Judge Willett. (Doc. 25.)

**IT IS FURTHER ORDERED** granting Plaintiff's Motion for Default Judgment. (Doc. 24.)

**IT IS FURTHER ORDERED** permanently enjoining Defendants from using "We Fix Ugly Pools," "We Fix Ugly Houses," or any variation or combination of "We Fix Ugly" as a corporate name, company name, trade name, trademark, or service mark.

**IT IS FURTHER ORDERED** directing the Clerk of the Court to enter judgment accordingly.

**Dated** this 6th day of January, 2020.

Honorable Stephen M. McNamee
Senior United States District Judge